# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY DOWNS, | CASE NO. 1:09-cv-00714-SMS PC |
| Plaintiff, | ORDER STRIKING UNSIGNED MOTION |
| v. | (Doc. 7) |
| CALIFORNIA BOARD OF PRISON TERMS, et al., | |
| Defendants. / | |

On August 10, 2009, Plaintiff filed an unsigned motion. Each document submitted for filing must include the original signature of the filing party or parties. Fed. R. Civ. P. 11(a); Local Rule 7-131.

Plaintiff's unsigned motion is HEREBY STRICKEN FROM THE RECORD.

IT IS SO ORDERED.

Dated:   August 18, 2009         /s/ Sandra M. Snyder
                                 UNITED STATES MAGISTRATE JUDGE

1